UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LYONS,

    Plaintiff,                          CIVIL ACTION NO. 12-15219

    v.                                 DISTRICT JUDGE JOHN CORBETT O'MEARA

                                       MAGISTRATE JUDGE MARK A. RANDON

ANTHONY WICKERSHAM, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION TO DISMISS LAURA LNU

On February 13, 2013, Plaintiff was ordered to provide an address for Laura LNU and a last name for "Laura" (Dkt. No. 10). Plaintiff responded on March 11, 2013, but did not provide a last name for "Laura" (Dkt. No. 14).

On April 8, 2013, Plaintiff was ordered to show cause why this Magistrate Judge should not recommend dismissal of Laura LNU without prejudice (Dkt. No. 18). Plaintiff did not respond.

Accordingly, this Magistrate Judge **RECOMMENDS** that Plaintiff's claims against Laura LNU be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of HHS*, 932 F.2d 505, 508 (6th Cir. 1991); *United States v. Walters*,

638 F.2d 947, 949-50 (6th Cir. 1981).  The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation.  *See Willis v. Sec'y of HHS*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

Within fourteen (14) days of service of any objecting party's timely filed objections, the opposing party may file a response.  The response shall be no more than 20 pages in length unless, by motion and order, the page limit is extended by the court.  The response shall address each issue contained within the objections specifically and in the same order raised.

**IT IS ORDERED**.

s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated:  April 26, 2013

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, April 26, 2013, by electronic and/or first class U.S. mail.*

*s/Eddrey Butts*
*Acting Case Manager to Magistrate Judge Mark A. Randon*