UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LYONS,

               Plaintiff,               Case no. 12-15219

v.

                                        HON. JOHN CORBETT O'MEARA.

ANTHONY WICKERSHAM, et al.,

               Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mark A. Randon's report and recommendation, filed April 26, 2013. No objections were filed by the parties. The court having reviewed and considered the matter, and being fully advised;

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED, and Plaintiff's claims against Laura LNU are DISMISSED WITHOUT PREJUDICE for failure to prosecute.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: May 24, 2013

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 24, 2013, using the ECF system and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager